UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
ESTATE OF ROBERT JOSEPH MILLER, by and )
through IAN MILLER, personal representative of the )
Estate,                                                 )
                                                        )
                                                        )
        Plaintiff,                                      )
                                                        )
        v.                                              )   C.A. No. 21-10738-AK
                                                        )
SEAN ROYCROFT and SPENCER JACKSON, )
in their individual capacities, and the TOWN OF )
BARNSTABLE, MASSACHUSETTS,              )
                                                        )
        Defendants.                                     )
_____)


**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties and hereby agree that Count III (M.G.L. c. 258 Negligence Claim Against the Town of Barnstable) is dismissed with prejudice, with each party to bear its own costs and attorney's fees, and with all rights of appeal waived.


                                        Respectfully submitted,

                                        PLAINTIFF,
                                        By his Attorneys,

                                        /s/ Howard Friedman
                                        Howard Friedman, Esq. (BBO# 180080)
                                        hfriedman@civil-rights-law.com
                                        Law Offices of Howard Friedman, PC
                                        1309 Beacon St., St. Suite 300
                                        Brookline, MA 02446
                                        617-742-4100

/s/ Jennifer McKinnon
Jeffrey Wiesner, BBO No. 655814
Jennifer McKinnon, BBO No. 657758
**Wiesner McKinnon LLP**
90 Canal Street
Boston, MA 02114
Tel.: (617) 303-3940
Fax: (617) 507-7976
jwiesner@jwjmlaw.com
jmckinnon@jwjmlaw.com


DEFENDANTS,
By their Attorneys,

/s/ Alexandra Gill
Douglas I. Louison (BBO# 545191)
Alexandra "Sasha" M. Gill (BBO# 663040)
Devin R. McDonough (BBO# 707482)
Louison, Costello, Condon & Pfaff, LLP
10 Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305
dlouison@lccplaw.com
sgill@lccplaw.com
dmcdonough@lccplaw.com

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date:   January 21, 2022        */s/ Alexandra Gill*
                                                   Alexandra M. Gill