UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| |
|---|
| ESTATE OF ROBERT JOSEPH MILLER, by and through IAN MILLER, personal representative of the Estate, |
|     Plaintiff, |
| |
|        v. |
| |
| SEAN ROYCROFT and SPENCER JACKSON, in their individual capacities and the TOWN OF BARNSTABLE, MASSACHUSETTS, |
|     Defendants |

Case No. 1:21-cv-10738-AK

---

**MOTION FOR SUMMARY JUDGMENT
BY DEFENDANTS**

---

NOW COME the defendants, Sean Roycroft and Spencer Jackson, in their individual capacities, and move for summary judgment in their favor pursuant to Fed. R. Civ. P. 56 as to all claims brought by the plaintiff, Ian Miller.[1]  As grounds therefor, the defendants state the following:

**I.    INTRODUCTION**

The plaintiff, Ian Miller, brings two counts against the defendants, Sean Roycroft and Spencer Jackson, stemming from the defendants' response to a 911 call to police regarding plaintiff's-decedent, Robert Miller ("Miller"): 42 U.S.C. § 1983 (Count I), and M.G.L. c. 229 § 2

---

[1] The plaintiff voluntarily dismissed his claim against the Town of Barnstable for negligence pursuant to Mass. Gen. Laws c. 258 (Count III) on January 21, 2022. (USDC-MA ECF Docket ("Dkt.") 30).

(Count II). The plaintiff's claims fail as a matter of law and summary judgment should be granted in favor of the defendants on the grounds that: 1) the plaintiff cannot establish sufficient facts such that a reasonable juror could conclude the defendants used excessive force; and 2) the defendants are entitled to qualified immunity.

Viewing the undisputed, material facts in a light most favorable to the plaintiff, no reasonable juror could conclude that the defendants violated the right of the plaintiff's-decedent, Robert Miller ("Miller"), to be free from excessive force[2] pursuant to the Fourth and Fourteenth Amendments of the United States Constitution via 42 U.S.C. § 1983. In addition, the defendants are shielded from liability for these claims by the doctrine of qualified immunity. Finally, as it is derivative of the plaintiff's 42 U.S.C. § 1983 claim, the plaintiff's claim for wrongful death pursuant to M.G.L. c. 229, § 2, must also fail as a matter of law. In further support of this motion, the defendants rely on the accompanying memorandum of law and the exhibits filed herewith and itemized below.

## II.    EXHIBITS

Exhibit 1    Death Certificate

Exhibit 2    Barnstable Police Department Dispatch Log

Exhibit 3    Barnstable Police Department – Selected Policies

Exhibit 4    Deposition Transcript of Sean Roycroft

Exhibit 5    Affidavit of Sean Roycroft

Exhibit 6    Barnstable Police Department Incident Report

Exhibit 7    Affidavit of Amy Anderson

Exhibit 8    Deposition Transcript of Amy Anderson

---

[2] During the parties' conference pursuant to the Local Rules of the United States District Court for the District of Massachusetts Rule 7.1, counsel for the plaintiff confirmed the plaintiff will not pursue any claim pursuant to 42 U.S.C. § 1983 on the theory that the defendants denied Robert Miller "needed medical care" or medical care for Miller's serious medical needs. (See Certificate of Consultation Pursuant to Local Rule 7.1(A)(2) (filed herewith); Dkt. 1 at ¶ 48;).

Exhibit 9      MA State Police Interview Transcript of Sean Roycroft

Exhibit 10     Answers to Interrogatories by Sean Roycroft

Exhibit 11     Deposition Transcript of Spencer Jackson

Exhibit 12     MA State Police Interview Transcript of Spencer Jackson

Exhibit 13     Answers to Interrogatories by Spencer Jackson

Exhibit 14     Affidavit of Spencer Jackson

Exhibit 15     MA State Police Case Master Report

Exhibit 16     Photos of Scene

Exhibit 17     Report of Use-of-Force Expert Charles DiChiara

Exhibit 18     Deposition Testimony of Plaintiff's Expert Scott DeFoe

Exhibit 19     Barnstable Police Department Radio Transmissions, April 16, 2019 **[AUDIO]**[3]

WHEREFORE, for the reasons stated herein, the defendants, Sean Roycroft and Spencer Jackson respectfully request this Court **GRANT** this Motion for Summary Judgment and enter judgment in their favor as to all claims.

> The Defendants,
> SEAN ROYCROFT and
> SPENCER JACKSON
>
> By their attorneys,
>
> */s/ Alexandra M. Gill*
> Douglas I. Louison, BBO 545191
> dlouison@lccplaw.com
> Alexandra M. Gill, BBO 663040
> sgill@lccplaw.com
> LOUISON, COSTELLO, CONDON & PFAFF, LLP
> 10 Post Office Square, Suite 1330
> Boston, MA 02109
> (617) 439-0305

**CERTIFICATE OF SERVICE**

---

[3] See Notice of Filing With Clerk's Office. (Dkt. #55).

I, Alexandra M. Gill, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Alexandra M. Gill
Alexandra M. Gill

Dated:  May 22, 2023