UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ESTATE OF ROBERT JOSEPH MILLER,
by and through IAN MILLER, personal
representative of the Estate,
     Plaintiff,

       v.

SEAN ROYCROFT and SPENCER
JACKSON, in their individual capacities
and the TOWN OF BARNSTABLE,
MASSACHUSETTS,
     Defendants

Case No. 1:21-cv-10738-AK

---

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS**

---

NOW COME the defendants, Sean Roycroft and Spencer Jackson, in their individual capacities, and state that on or around November 10, 2022, counsel for the defendants conferred twice by phone with counsel for the plaintiff pursuant to the Local Rules of the United States District Court for the District of Massachusetts Rule 7.1(a)(2) in an attempt to narrow the issues for presentation to the Court in the defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56; counsel then conferred a third time, via email, on April 22, 2023. Counsel agreed the plaintiff will not pursue his 42 U.S.C. § 1983 claim against the defendants on the theory that Robert Miller was denied medical care for any serious medical needs; however, counsel for the parties were unable to further narrow the issues.

Respectfully submitted:

Defendants,
SEAN ROYCROFT and
SPENCER JACKSON

By their attorneys,

*/s/ Alexandra M. Gill*
Douglas I. Louison, BBO 545191
dlouison@lccplaw.com
Alexandra M. Gill, BBO 663040
sgill@lccplaw.com
LOUISON, COSTELLO, CONDON & PFAFF, LLP
10 Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Alexandra M. Gill, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Alexandra M. Gill*
Alexandra M. Gill

Dated:  May 22, 2023