# EXHIBIT 19
# AUDIO
# WILL BE FILED
# SEPARATELY WITH
# CLERK'S OFFICE